IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| STATE OF ARKANSAS | PLAINTIFF |
| v. | CASE NO. 4:22-CV-00176-BSM |
| $185,300 IN U.S. CURRENCY | DEFENDANT |
| MAURICE OOFT and BEATRICE LUCIN | CLAIMANTS/THIRD-PARTY PLAINTIFFS |
| v. | |
| PAUL MEEKS | THIRD-PARTY DEFENDANT |

**ORDER**

The State of Arkansas's motion for voluntary dismissal [Doc. No. 18] is granted, and its *in rem* forfeiture action is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2). The cross-claim of Maurice Ooft and Beatrice Lucin against Paul Meeks will proceed independently. *See Id*. The State is authorized to deposit the $185,300 seized from the vehicle in which Ooft and Lucin were traveling into the registry of the court because the remaining cross-claim involves a dispute over the money. *See* Fed. R. Civ. P. 67; *Alstom Caribe, Inc. v. Reintjes Co.*, 484 F.3d 106, 113 (1st Cir. 2007). The clerk is directed to terminate the State of Arkansas and $185,300 in U.S. Currency as parties to this lawsuit.

IT IS SO ORDERED this 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE