IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAURICE OOFT and                                                                                  PLAINTIFFS
BEATRICE LUCIN

v.                                          CASE NO. 4:22-CV-00176-BSM

PAUL MEEKS                                                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE